# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ROBERT CASEY | : | No. 104 EAL 2020 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| XPEDX, XPEDX, VERITIV, VERITIV | : | |
| CORPORATION, FORD MOTOR | : | |
| COMPANY AND FORD | : | |
| | : | |
| | : | |
| PETITION OF: FORD MOTOR COMPANY | : | |
| | | |
| ROBERT CASEY | : | No. 122 EAL 2020 |
| | : | |
| | : | |
| v. | : | Cross Petition for Allowance of |
| | : | Appeal from the Order of the |
| | : | Superior Court |
| XPEDX, XPEDX, VERITIV, VERITIV | : | |
| CORPORATION, FORD MOTOR | : | |
| COMPANY AND FORD | : | |
| | : | |
| | : | |
| PETITION OF: XPEDX, XPEDX, VERITIV, | : | |
| AND VERITIV CORPORATION | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.